# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KEITH BULKIN, | Case No. 1:13-cv-00388 AWI DLB PC |
|---|---|
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO SERVE COPY OF COMPLAINT ON DEFENDANTS |
| v. | [ECF No. 14] |
| V. OCHOA, et al., | ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF PAGE AND DIRECTING CLERK OF COURT TO PROVIDE PLAINTIFF WITH COPY OF PAGE 17 OF FIRST AMENDED COMPLAINT |
| Defendants. | [ECF Nos. 13, 15] |

Plaintiff Keith Bulkin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. On November 13, 2013, the Court issued a screening order dismissing Plaintiff's complaint with leave to amend. On December 19, 2013, he filed his First Amended Complaint ("FAC"). The FAC is currently pending screening by the Court.

On January 27, 2014, Plaintiff filed a motion to have copies of the FAC served on Defendants. Plaintiff's motion will be denied as it is premature to serve Defendants with a copy of the FAC. The Court must first screen the FAC. If the FAC is screened and the Court determines that service is appropriate, the Court at that time will provide Plaintiff with the appropriate forms to complete.

Also on January 27, 2014, Plaintiff filed a motion requesting a copy of page 17 of the

1

FAC. Plaintiff states he received a conformed copy of the FAC from the Court, but the copy was missing page 17. Plaintiff states he does not have a copy of page 17 for his records. Accordingly, Plaintiff's motion will be granted and the Clerk of Court will be directed to provide Plaintiff with a copy of page 17 of the FAC.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Plaintiff's motion to serve copy of the First Amended Complaint on Defendants is DENIED;

2) Plaintiff's motion to receive a copy of page 17 of the First Amended Complaint is GRANTED; and

3) The Clerk of Court is DIRECTED to provide Plaintiff with a copy of page 17 of the First Amended Complaint.

IT IS SO ORDERED.

Dated:  **August 25, 2014**           /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE