IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **KEITH BULKIN,**<br><br>Plaintiff,<br><br>v.<br><br>**V. OCHOA, et al.,**<br><br>Defendants. | 1:13-cv-00388 AWI DLB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>Trial Date:   None<br>Action Filed:  March 18, 2013 |

The Court, having considered Defendants' motion to modify the Discovery and Scheduling Order, and good cause appearing:

**IT IS HEREBY ORDERED** that the Discovery and Scheduling Order (ECF No. 24) is modified as follows: the discovery cut-off shall be extended from September 8, 2015, to December 8, 2015, and the deadline to file dispositive motions shall be extended from November 5, 2015, to February 5, 2016.

IT IS SO ORDERED.

Dated:   **August 28, 2015**        /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE

2