# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BULKIN,<br><br>          Plaintiff,<br><br>     vs.<br><br>V. OCHOA, et al.,<br><br>          Defendants. | Case No.: 1:14-cv-00056 DAD DLB PC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>[ECF No. 53] |

      Plaintiff Keith Bulkin is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On April 22, 2015, the Court issued a discovery and scheduling order which set the deadline for conducting discovery to September 8, 2015, and the dispositive motion deadline to November 5, 2015.  On August 28, 2015, the Court found good cause to grant Defendants' motion to modify the scheduling order and set the discovery cut-off for December 8, 2015, and the dispositive motion deadline for February 5, 2016.  Discovery closed on December 8, 2015.  On February 1, 2016, the Court found good cause to grant Defendants' request to extend the dispositive motion deadline to May 6, 2016.  On April 21, 2016, Defendants filed a motion for summary judgment.

On May 9, 2016, Plaintiff filed a motion to modify the scheduling order so as to conduct additional discovery. On June 8, 2016, the Court denied the motion to modify the scheduling order.

On June 17, 2016, Plaintiff filed the instant request for production of documents. Plaintiff's request is procedurally improper insofar as discovery requests must be propounded on a party and not the Court. See Fed. R. Civ. P. 34. In any case, it appears Plaintiff seeks to conduct additional discovery. As noted above, discovery closed on December 8, 2015. For the same reasons expressed in the Court's order of June 8, 2016, Plaintiff's request is denied.

## ORDER

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for production of documents is DENIED.

IT IS SO ORDERED.

Dated:   **June 24, 2016**                    /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE