

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BULKIN, <br><br> Plaintiff, <br><br> v. <br><br> V. OCHOA, et al., <br><br> Defendants. | Case No.: 1:13-cv-000388-DAD-EPG (PC) <br><br> ORDER THAT INMATE KEITH BULKIN IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Keith Bulkin is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on March 24, 2017. Inmate Keith Bulkin, CDCR #T-19193, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 3/24/17

_____
UNITED STATES MAGISTRATE JUDGE